Sharon D. BRINKMEYER,
Petitioner/Respondent,

v.

Donald K. BRINKMEYER,
Respondent/Appellant.

No. ED 79437.

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 2002.

Bruce Hilton, Mark Kiesewetter, Kirkwood, MO, for appellant.

Simone A. Haberstock, Clayton, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Husband, Donald K. Brinkmeyer, appeals from the judgment of the trial court dissolving his marriage to wife, Sharon D. Brinkmeyer.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the

reasons for this order. The judgment is affirmed. Rule 84.16(b).